ACCEPTED
04-14-00820-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/20/2015 11:53:49 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00820-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/20/2015 11:53:49 PM
KEITH E. HOTTLE
Clerk

BUDDY CASTEEL AND JARET B. CASTEEL

V.

AMELIA STAYTON AND MELISSA RAY BAUGH

## APPELLANTS' UNOPPOSED SECOND MOTION
## FOR EXTENSION OF TIME TO FILE OPENING BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellants, BUDDY CASTEEL AND JARET B. CASTEEL, respectfully present their Second Motion for Extension of Time to file their Opening Brief under TEX. R. APP. P. 38.6(d), and would respectfully show the Court as follows:

I.

This is an accelerated appeal. Appellants' Brief was due on February 19, 2015 and this Court stated it would not grant leave to file the brief beyond that time barring exigent circumstances.

II.

On February 18, 2015, the undersigned's son for whom he has full custody broke his elbow from being hit by a baseball at school. The undersigned then was

out of the office on February 19, 2015 attending to his son first at an urgent care clinic and then at an orthopedist. This was a totally unforeseen circumstance that delayed completion of the brief that day.

### III.

In light of this unforeseen circumstance, Appellants ask this Court to extend the time to file Appellants' Opening Brief for one day up to and including February 20, 2015.

### IV.

This motion is not brought for purposes of delay but solely that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellants BUDDY CASTEEL AND JARET B. CASTEEL ask the Court to extend the time to file their opening brief one day until February 20, 2015. Appellants pray for such other relief to which they may be entitled consistent with this Court's decision.

Respectfully submitted,


*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES
State Bar No. 00790575

THE LAW OFFICE OF
CHRISTOPHER DEEVES, P.C.
1370 Pantheon Way, Suite 110
San Antonio, Texas 78232
(210) 445-8807
(210) 501-0915 (fax)
e-mail: chrisdeeves@att.net

ATTORNEY FOR
APPELLANTS
BUDDY CASTEEL AND
JARET B. CASTEEL

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with opposing counsel for Appellees on February 19, 2015 and this motion is not opposed.
.

<u>/s/ Christopher J. Deeves</u><br>
CHRISTOPHER J. DEEVES

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing document was served as indicated to the following counsel of record listed below on February 20, 2015:

Bobby Jack Rushing
The Rushing Law Firm, PLLC
808 London St.
Castroville, TX  78009

***Via Facsimile or Electronic Service*:**
ATTORNEY FOR APPELLEES
AMELIA STAYTON AND MELISSA RAY BAUGH

<u>/s/ Christopher J. Deeves</u><br>
CHRISTOPHER J. DEEVES